UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| LINDA DIANE TANNER, § | |
|    Individually and on behalf § | |
|    of all others similarly situated, § | Cause No. **4-23CV-1164-P** |
|                          Plaintiff, § | |
| § | |
| v. § | |
| § | |
| NAVY FEDERAL CREDIT UNION, § | |
|                          Defendant, § | |

## COMPLAINT

**NOW COMES**, Plaintiff, LINDA DIANE TANNER, an individual and on behalf of all others similarly situated, hereby files her COMPLAINT with this Honorable Court, as follows:

# INTRODUCTION

Navy Federal Credit Union is an American global credit union chartered and regulated under the authority of the National Credit Union Association (NCUA) and is backed by the Federal Deposit Insurance Corporation (FDIC). It is headquartered in Vienna, Virginia. Navy Federal is the largest credit union in the United States of America. I have been a member of Navy Federal Credit Union for over twenty-two years. During the last several years and currently, I have had many instances that I have noticed unlawful activity within my account and neglectful treatment from the employees. I will discuss a few separate claims from my experiences. These claims are brought to this Court under the jurisdiction of 28 US Code § 1331 and 18 US Code § 1344.

# CLAIMS

1. I have noticed many different transactions not adding up correctly or being posted to my account correctly or in the correct order. I have already filed fraud claims with the bank's fraud department on previous transactions and am still working to get them resolved. These claims are listed in the attached exhibits. The claims I filed with the fraud department were not treated respectfully, ignored, and basically neglected by the department staff. The accounts echecking 7120878785 with debit card ending in 2214 and echecking 7080964955 with debit card ending in 5587 were particularly affected with the following claims. In 2021, I was in the middle of a move from El Paso, Texas to Fort Worth, Texas. During that move, I

had a difficult time finding a place for me and my family to live. Therefore, we had to stay in quite a few hotels for several days at a time. During these stays, I would have to put my bank debit/credit card on file until we "checked" out of the hotel. When I asked about the process, the hotel employees said that they "authorize" the total of a one night stay on the bank card and hold it until the guest checks out. Once the guest checks out, they release the hold. The hold then goes back to your account balance in your bank account and then the hotel posts the final total of your stay to your account having reimbursed the hold. Almost every hotel I stayed at put a hold on the bank card.

After a couple of these transactions, I started noticing a pattern. I realized that every time the hold was released on the "authorized" funds, it was removed from my account statement but never added back to my available balance, thus, looking as if I had spent the amount of the hold. Then the total amount for the hotel stay was withdrawn on top of the hold, basically charging me twice for one transaction.

This began to happen almost every time I stayed at a hotel. I made claims with the fraud department and they would issue me a new debit card and sometimes would reimburse the funds that were lost. They said they would do an investigation on the claim. When addressing my claim they told me there was nothing they could do about the unauthorized transaction because there was no transaction to dispute, The "authorized hold" was removed from the transaction list and only left the final total showing in my account. I would explain to them what was happening and what I was seeing in my account and they would simply refuse to investigate further. This would make them take back the lost money they returned to me, leaving me with no resolution and no money to live on.

Because this happened so much, the fraud department issued me new debit

cards then turned around and penalized me for misusing my debit cards and my account. They took away my overdraft privileges and made it to where I couldn't use my debit cards for one year and could only access my account at the bank branch location. This was completely unlawful, unfair, and extremely inconvenient. They were penalizing me for making fraud claims on the fraudulent charges in my account.

I first checked to see if it could possibly be the hotels that could be causing this, but then I started noticing the same thing happening with other transactions at other places. For instance, I would make a purchase that would be instantly withdrawn from my available account balance and then moved around a few days later and taken to the top of the list of transactions and removed once again. I would call the bank and tell them what I was seeing in my account and they said that the transaction is pending and hasn't been posted yet. Then I would tell them that it has been withdrawn once and then rearranged and then withdrawn a second time in my account. Sometimes, the charge would withdraw instantly at the point-of-sale and sit in "pending" mode a while and then withdraw a second time when finally posted.

They again refused to acknowledge my claims and investigate. I would send in screen shots of my claims that were never addressed. Because of all of this fraudulent activity that they refused to investigate, they hypothetically pointed their finger at me and charged off my account. The account is still sitting in charged off mode waiting for me to pay for those transactions for a third time. The account was charged off because they took back the money issued to me for the fraud claim and it caused my account to be overdrawn. It has not been investigated and I have lost my account privileges because of it.

Furthermore, the errors being ignored have cost me a lot of money. Being

overcharged has caused my accounts to get overdrawn, thus charging me overdraft fees of twenty dollars pure transaction. These charges add up very quickly and are damaging to my accounts. Meanwhile, the fraud department and every other representative I have spoken to over the phone, at a branch, or on messaging shows absolutely no interest in resolving these claims or even questions them at all. It is very clear to me that these transactions are being ignored and my claims are being utterly neglected by the bank representatives. (PLEASE SEE ATTACHED EXHIBITS)

2.     There are several transactions that have recently shown up on my account that were not authorized by me. My Campus Checking account number 7086072886 was directly affected by the following claims. On September 28, 2023, there was a deposit for $1,400.26 from DFAS Cleveland Navy Act. On September 29, 2023, there was a transfer to certificate of $50. On October 3, 2023, there was a transfer to certificate of $50. On October 11, 2023, there was a deposit of $868.52 from DFAS Cleveland Navy Act. On October 30, 2023, there was a deposit for $867.99 from DFAS Cleveland Navy Act. On October 31, 2023, there was a transfer to certificate for $743.56. When I saw the first deposit for the $1400.26, I saw that it was called the Navy Act so I looked it up online and noticed that other random people have had this deposit in their account. So, I immediately assumed this was some type of government stimulus.

The next day, I noticed that there was a transfer for $50 that I did not authorize. I called the bank and told them I wanted to file a fraud claim. The woman on the phone said that the transfer was done by my son who is also listed

on the account. I am the only person that knows about this account. I never had a chance to tell my son about this account. He doesn't even know it exists. I got this account for my son when he was thirteen years old. I was planning on saving money for him to use after he graduates high school.

However, he was taken from me by his alleged father when he turned fourteen years old and I haven't seen him in about four years and only spoke to him on the phone once back in May 2021, in which he claimed that something was not right . From that point on, I have been in the middle of a court case regarding my son, and I have yet to see or talk to him since that phone call in May 2021. He is eighteen years old as of January 8, 2023. I told the representative on the phone all this information. She insisted that it was my son that made the transfer. I told her there is no way he could have made the transfer because he doesn't even know the account exists. She said that it was him and refused to make a fraud claim about this matter. I got off the phone, very confused. How would the Navy Federal representative know who my son is and why would she insist that it is him and I'm lying?

Then another transfer occurred, and I called the bank again. I told them the same thing. The lady again put me on hold acting like she was going to help me and make the fraud claim but only to deny my claims again and insisted that the person making the transfers was my real son. She completely ignored anything I had to say. There is absolutely no way my son could transfer money out of an account he doesn't even know exists. The person posing as my son is a fraud.

The representative denied my claims. I then tried to send a message to the fraud department. My account was changed from a campus checking to an active-duty account without my authorization or any correspondence. When asked about this, they told me it was a free upgrade for my son. I thought this was very weird

because my son wouldn't just start depositing money in an account he doesn't know about. Secondly, he wouldn't do that and not even talk to me about it. I thought this was very strange. No one should be accessing this account except for me. I'm the only one that has ever used this account and knows about it other than Navy Federal Credit Union itself.

 Still being very confused, I sent a message regarding the transfers, and they told me that it was someone by the name Seaman Roberts who was accessing the account illegally. They told me I would need to speak to him about it. I told them I did not know anyone named Seaman Roberts and he does not have authorization to use mine and my son's account. I kept telling them that he is a fraud, and he is not my son. The bank representatives kept ignoring my claims and would not make a fraud claim for this matter. At this point, I am frustrated and confused as to why the bank would know so much about my son that was kidnaped from me and why would they be denying my claims when I'm telling them straight facts.

 After getting nowhere with the fraud department at Navy Federal Credit Union, a couple of weeks went by and then I noticed another deposit from the DFAS Cleveland Navy Act. Then there was a transfer of $743.56. At this point, I'm still thinking this is a government stimulus or something. That's all I can find out about it. I immediately went to a Navy Federal Credit Union Branch and asked them to put the money back in. I told them the person transferring money is a fraud. She said that it is my son making the transfers. I told her the whole story again and said that he doesn't even know about the account. It was then that she told me he went into a branch and asked to open an account. She said then when they looked up his name they found his joint account with me. Then he decided to have his military paycheck deposited into our joint account. Then he opened his own account under his name and had the funds in our joint account transferred into

his other account. I asked her where the branch was located that he went to, to open the account. She wouldn't tell me the location. I also asked if he showed proper government ID. She was speaking to someone on her computer, and she said that person told her that he did show proper identification, in which she would not show me so that I could see if that was my son or not. Then she told me that the DFAS Cleveland Act deposits were in fact his basic camp or boot camp "paychecks" depositing into the account. Then she showed me the deposit on her end which did, in fact, have my son's name on it. It was at that point that I realized that someone is pretending to be my son and literally having his paycheck deposited into mine and my son's account. So, I asked her to make a fraud claim. She kept telling me she would but never did. I also asked her why they would allow this to happen without even notifying me of anything. My son wouldn't just not talk to me for four years and then, all of sudden, his paycheck is being deposited into an account that he doesn't even know about, without ever getting in touch with me and discussing it with me. It is very clear to me that there is some serious fraud and tampering going on here and I would like to get to the bottom of it. I would like to have all deposits from the DFAS Cleveland Navy Act stopped on this account and any outgoing transfers from this so-called Seaman Roberts. I feel that Navy Federal Credit Union should not have allowed someone to access an account with my name on it as well. As that would make my information vulnerable and accessible to fraud.

   I, independently, opened this account and it is under my access number and all activity requires my authorization because my account information and transactions are private and vulnerable information. The simple fact that my son is eighteen years old and his name is on the account is not reason enough to allow him, or a fraud in this matter, access to an account with my name on it without my

knowledge of the transactions taking place. The fact that my son's identity is being questioned and I am in a litigation involving the whereabouts of my son makes this an extremely security sensitive matter.

That being said, I received a phone call from his alleged father in which I have a court case with in regards to my son. I did not speak to him. He left only a voice-mail. I have not spoken to this person since 2020, other than a court hearing in February 2023. He decided to call me after I went to a Navy Federal Branch to ask to file a fraud claim for this matter. On the voice-mail he tells me that my son has joined the Navy and is at boot camp. He decided to deposit his paycheck into my joint account with him because they are receiving my bank statements at his residence. First of all, my bank statements are signed up to be delivered by email and are paper free and have been for several years. Also, I do not have his alleged father's address listed anywhere on any of my bank accounts nor have I ever used his address for any reason whatsoever. When I opened the account, my son was still residing with me. When he went with his dad, it was only a temporary agreement. Also, opening this account for my son was a personal decision I made for my son without the involvement of anyone else. It was intended to be my own personal contribution to my son's future. I would have never and never have listed his alleged father's address on my bank accounts.

That being said, I also question why he would want to use my bank account that I have with my son and then transfer money out of our account into another under his name alone. It doesn't make any sense to me. I feel as if my accounts are not safe and someone is being allowed to access my account unlawfully without my permission.

At this point, I question the integrity of the bank itself and the employees. They have repeatedly denied any and all claims I have made on this matter. Also,

they seem to know what's going with my son, that's been abducted, more than I do. That sparks a concern for me. The representatives are certain that this is my real son without any investigation. The fact that they are so careless with my security and that of my son makes me feel as if the bank employees are putting mine and my son's safety at risk because of their negligence. It also makes me question my accounts more, as well as, other members' accounts. I have filed a fraud claim for this incident and am still waiting on correspondence regarding it. My question is, who is accessing this account without my authorization and who is allowing it?

Since filing the fraud claim on the account, the bank closed this account while under investigation and without my permission. I opened this account and it is only accessible under my access number. I sent the bank a message regarding this and they said the primary account holder is the one who closed it. The primary account holder doesn't even know it exists. Who ever closed it is a fraud and the bank did not exercise proper security standards to protect my account. I am the only one that knows about this account and has the authority to close it. The bank cannot close it without discussing it with me and obtaining my permission first. I had other transactions and bills tied to this account. They caused me a great hassle because of their negligent and unlawful actions. (SEE ATTACHED EXHIBITS)

**3.** I have not had consistent bank statements for all of my accounts, only a couple of them. I was not given consistent statements for my Campus Checking account 7086072886, Everyday Checking 7071818442 nor my echecking account number 7120878785. The only consistent statements accounted for are for the account number 7080964955. When I try to download a copy of my statements, it asks if I want to combine my checking accounts and my savings accounts all in one statement and I always answer yes. However, it doesn't show all my accounts on

the statement. This happens under any account I try to download or print. It should not do that. I should be able to obtain a thorough statement from all of my listed accounts. When addressing this issue to the bank representatives, they are of no assistance and have never attempted to fix the situation. (SEE ATTACHED EXHIBITS)

**4.** I have been consistently harassed by the bank representatives. It seems every time I try to file a claim for an unauthorized transaction or some kind of complaint for misuse of my account, etc, I get penalized in return. Somehow, the representatives try to ignore me, blame the incident on me, or act like what I am saying is nonsense. This behavior is extremely abusive to the members and/or consumers.

After trying numerous times to address the fraudulent activity going on with my Campus Checking account and being completely ignored and neglected, I received two letters from Navy Federal Credit Union in the mail. These letters suggested that I mistreated a representative over the phone and a representative at a branch. It says that I am not able to contact the Navy Federal Call Center for anything regarding my accounts nor am I allowed to enter a Navy Federal Credit Union Branch to access my accounts. It says I can only access them online. In the twenty-two years of being a Navy Federal Credit Union member, I have never mistreated any representative on the phone, in a branch location, or online. I have made a complaint about these letters and have asked that if anymore of these letters are sent to me, that it needs to be accompanied with proof/evidence of the mistreatment as this is damaging to my character and my reputation as a Navy Federal Credit Union member. These claims of mistreatment are simply untrue. In fact, I am the one being consistently mistreated and disrespected by these

representatives by having my accounts consistently tampered with and having my claims out right ignored. (SEE ATTACHED EXHIBITS)

## CONCLUSION

Plaintiff, Linda Diane Tanner, for the claims listed, seeks monetary relief of monies lost due to consistent fraudulent activity and tampering with her Navy Federal Credit Union accounts as well as permanent injunction of the consistent unlawful negligence of the Navy Federal Credit Union bank representatives.

## CERTIFICATE OF SERVICE

This is to certify that the forgoing has been submitted via the Texas e-filing website in compliance with Title 5 of the Federal Rules of Civil Procedure on November 15, 2023 to the clerk of court and served on all registered counsel of record.

Dated: November 15, 2023

/s/ _Linda D. Tanner_
Linda D. Tanner / *Pro Se*
915-270-8227
lulu3822@gmail.com
4220 Lanyard Dr. Apt. 1202
Fort Worth, TX 76106

# EXHIBIT A

Good Afternoon,

Per your request I am sending a general message to Navy Federal Credit Union regarding a supposed letter that was mailed to me that I have not received yet. What I was told by the NFCU representative over the phone and at the branch located at 6400 Westworth Blvd, Westworth Village, TX 76114, was that the letter stated that since there was so much fraudulent activity going on with my two of my accounts that I would not have access to a debit card for one year and would have to go to a branch and write a check to myself and cash it with a teller at the bank in order to receive funds. The two accounts are the e-checking accounts ending in 4955 and 8785. I am in the middle of relocating across the state of Texas for my job and to be closer to my son. During this move I have had to stay at many different hotels. I have noticed fraudulent activity on both of the above mentioned accounts because those are the two accounts I use the most and the two debit cards I use the most. Because I have made several charges at several hotels, I have had several fraudulent charges that I reported to the NFCU fraud department. Because I filed these fraudulent claims, they automatically cancelled my debit cards and forced me to get new ones and filing fraud claims and no one was doing anything. The NFCU fraud department did not give me any suggestions as to what I should do to protect my cards and accounts. They did say it probably someone hacking into the visa network and using that platform to tamper with my accounts. Anyway, luckily, I found on the NFCU mobile app that I could freeze my check cards when I wasn't using them and unfreeze them when I was. The NFCU fraud department never even suggested that to me. They said to get new cards and pay for everything with cash. With that being said, I wanted to get to the bottom of what was actually happening to my accounts. So I printed out my statements for the last two years and have taken screenshots of my accounts everyday for the last two weeks. Ever since I started taking screenshots on my phone of my accounts, the fruadulent activity stopped. What I noticed was happening was that anytime I was making a POS transaction, the amount being charged was immediately deducted from overall balance, then the transaction would be in pending status anywhere from 1-3 days. Once the transaction posted to my account, it was again deducted from my account for a second time without crediting my account for the first initial POS. Thus, charging me twice for the one transaction. I told the NFCU fraud department what was happening and they kept telling me there was nothing they could do because they could only see one transaction. But that is where the fraudulent activity is. I am being charged twice for one transaction that only shows up one time in my account. That is how they are getting away with it. Also, I have noticed that when some transactions post to my account, days and sometimes weeks later, transactions are scrambled around my account thus reflecting a new overall balance amount on my account. There is definitely something going on here. Instead of taking my claim seriously and investigating my claims, the NFCU fraud department is holding me responsible and penalizing me because someone else is tampering with my account. This is a big problem. I have been a loyal customer of Navy Federal Credit Union for 20 years now and have never had any problem until now. The issue is I would like to get to bottom of the fraudulent activity that seems to be ignored. Also, I must have access to my debit/check cards. I am an onsite field technician that is not always near an NFCU branch, I am also a single mother and head of my household that must have access to my bank account at all times for necessities and emergencies. So I am asking to give me access to my check cards and to have my fraud claims fully investigated and not ignored. Do not hold me responsible for something that is out of my control and I was doing the best I knew how to

prevent it from happening. Please contact me with any questions or concerns. My email is lulu3822@gmail.com and phone # is 915-270-8227. Thank you for your time and have a pleasant day.

Best Regards,

Linda Tanner